VINCENT V. CLAUSI, Respondent, v. EMILIO DI BIANCO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE COMMISSIONERS OF THE PALISADES INTERSTATE PARK, Appellant, v. MURRAY LENT, Respondent.— Judgment reversed on the law and the facts, and judgment unanimously ordered for the plaintiff as prayed for in the complaint, without costs. The constitutionality of chapter 79 of the Laws of 1922[*] is admitted, as is also the reasonableness of the rule adopted by the plaintiff commissioners. Under the power delegated to the plaintiff, it had the right to exclude persons engaged in using the public highways and public property for business purposes unless such persons obtained from the commissioners a permit authorizing them to operate within the park. Nor does the allotment of routes to various carriers for hire within the park constitute a discrimination between persons of the same class. The question of through commercial traffic on public highways from and to points without the park is not before us in this case. Finding of fact No. 11 is reversed, as are also all of the conclusions of law. The plaintiff's 6th, 7th and 8th proposed findings of fact are found, as is also the first conclusion of law. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur. Settle order on notice.

JAMES J. D'AMATO, Appellant, v. JAMES L. PRICE and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GEORGE DE RAPALIE, Respondent, v. RICHARD E. GAVIN and Another, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The second cause of action repeats all of the allegations of the first cause of action, and demands an accounting between the parties as to the disposition of the 400 shares of stock of the corporate defendant. Until the plaintiff proves the contract alleged as to the stock, and his right to an accounting, any order for an examination before trial is premature. (Del Genovese v. Del Genovese, 149 App. Div. 266; Brown v. Brown, 203 id. 658.) Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

WILLIAM H. GRIFFIN, Appellant, v. GRACE H. GRIFFIN, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JOHN S. HARROLD, as Administrator, etc., of CLARISE SEARS RAMSAY, Deceased, and Another, Respondents, v. ZOHETH S. FREEMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK H. HEINEMAN, Respondent, v. CITY INVESTING COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

ANNA HOHMANN, Respondent, v. SOPHIE MACK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

---

* Amdg. Laws of 1900, chap. 170, § 5, as amd.— [REP.